UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 20-10408-JKS |
| | Chapter: 7 |
| **Ogtong-Tynan, Maria T** | Judge: John K. Sherwood |
| **Debtor(s).** | |

## NOTICE OF PROPOSED ABANDONMENT

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Court |
|---|---|
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on May 5, 2020 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

    1/2 interest in 2179 Edwin Ave., Ft. Lee, NJ 07024
    $665,000

**Liens on property**:

    $608,002

**Amount of equity claimed as exempt:**

    $26,447.00

Objections must be served on, and requests for additional information directed to:

Rev. 8/1/15

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

Rev. 8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-10408-JKS
Maria T Ogtong-Tynan                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1          Date Rcvd: Apr 06, 2020
                            Form ID: pdf905          Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2020.
db          +Maria T Ogtong-Tynan,    2179 Edwin Avenue,    Fort Lee, NJ 07024-3437
518655573   +Antonio Ogtong,    223 The Promenade II,    Edgewater, NJ 07020-2113
518655576    Celentano Stadtmauer & Walentowicz, LLP,    1035 Route 46 east Suite, B208,    PO Box 2594,
              Clifton, NJ 07015-2594
518655578   +Emergency Physicians Of Englewood,    Attn# 9852K,    PO Box 14000,    Belfast, ME 04915-4033
518655579    Englewood Hospital and Medical Center,    PO Box 48304,    Newark, NJ 07101-8504
518655580   +Gold Medal Service North,    20 Booker Street,    Westwood, NJ 07675-2618
518655581   +Hackensack Meridican Health,    PO Box 48028,    Newark, NJ 07101-4828
518655582    Hackensack University Medical Center,    PO Box 48028,    Newark, NJ 07101-4828
518655583   +Holy Name Hospital,    c/o Celentano Stadtmauer & Walentowicz,,    1035 Route 46 East, Suite 5208,
              PO Box 2594,    Clifton, NJ 07015-2594
518655584    Internal Revenue Service,    Andover, MA 01810-9052
518655585   +Maria Tynan,    223 The Promenade,    Edgewater, NJ 07020-2113
518655586   +Metropolitan Life Insurance Company,    c/o KML Law Group, P.C,    216 Haddon Avenue, Ste 406,
              Collingswood, NJ 08108-2812
518655588   +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
518655587   +Paul Benson,    c/o Karounos Law Firm, LLC,    Christopher R. Karounos, Esq.,
              17 Chamberlain Avenue,    Elmwood Park, NJ 07407-1411
518655589   +Resurgent/LVNV Funding,    PO Box 98875,    Las Vegas, NV 89193-8875
518655590    Riverside Medical Group,    PO Box 95000-7510,    Philadelphia, PA 19195-7510
518655591   +Suez Water New Jersey,    Customer Service Center,    69 DeVoe Place,    Hackensack, NJ 07601-6105
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 07 2020 01:05:13     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 07 2020 01:05:10     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518655574   +E-mail/Text: bankruptcy@credencerm.com Apr 07 2020 01:05:40      ATT Mobility,
              c/o Credence Resource,    17000 Dallas Pkwy, Ste 204,    Dallas, TX 75248-1940
518655577   +E-mail/Text: convergent@ebn.phinsolutions.com Apr 07 2020 01:05:29      Convergent Outsourcing,
              800 SW 39th Street,    Renton, WA 98057-4927
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518655575   ##+Big Boy Mechanical, LLC,    502 Art Lane,    Ridgefield, NJ 07657-2006
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Metropolitan Life Insurance Company
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Marsha M. Moore    on behalf of Debtor Maria T Ogtong-Tynan mmoore@postpolak.com,
               mooremr81075@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```